FILED
January 24, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003230536

THOMAS E. MAY

CHAPTER 7 TRUSTEE

5098 FOOTHILLS BLVD. 3-484

ROSEVILLE, CA 95747

(916) 740-4329

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

Sacramento Division

In re:
COHEN, DAVID S.

COHEN, KAREN L.

_____,Debtor

CASE NO. 10-26374-A-7

DCN: TEM-01
DATE: February 22, 2011
TIME: 10:00 a.m.
DEPT: A, Courtroom 28, Seventh Floor
JUDGE: MICHAEL S. MCMANUS

**VOLUNTARY DISMISSAL OF CHAPTER 7 TRUSTEE MOTION TO SELL ESTATE'S INTEREST IN REAL PROPERTY FREE AND CLESR OF LIENS UNDER 11 USC & 363**

To the Honorable Michael S. McManus

Trustee Thomas E. May hereby voluntarily dismisses his Motion to Sell Real Property of the Estate Free and Clear of Liens Pursuant to 11 U.S.C. 363, because during the termite inspection building code violations were discovered with the HVAC system. These conditions were not known by the Trustee, and would cost several thousands of dollars to remedy. The buyer is not willing to pay for the remedy under the current offering price.

WHEREFORE, The Trustee requests an entry of an Order dismissing the Trustee's Motion. DATED: January 24, 2011

Thomas E. May
Chapter 7 Trustee